NATIONSTAR MORTGAGE,
LLC, Plaintiff-Appellee,

v.

Elois C. BAXTER, Defendant-
Appellant,

and

The Summit Community Association,
Inc.; The United States of America,
Acting by and through its agency, The
Secretary of Housing and Urban De-
velopment, Defendants.

No. 17-2028

United States Court of Appeals,
Fourth Circuit.

Submitted: December 19, 2017

Decided: December 21, 2017

Elois C. Baxter, Appellant Pro Se. Tra-
vis Emil Menk, BROCK & SCOTT, PLLC,
Charlotte, North Carolina, for Appellee.

Before SHEDD, AGEE, and DIAZ,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Elois C. Baxter seeks to appeal the dis-
trict court's order adopting the magistrate
judge's recommendation and remanding
this removed action to state court for lack
of subject matter jurisdiction. "[A] district
court may remand a case ... for lack of
subject matter jurisdiction at any time,

and such an order is not reviewable." *Doe
v. Blair*, 819 F.3d 64, 66-67 (4th Cir. 2016)
(citations omitted); *see also* 28 U.S.C.
§ 1447(c), (d) (2012). Because we lack ju-
risdiction to review the district court's or-
der, we dismiss this appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*DISMISSED*